```
ROBERT T. SULLWOLD (SBN 88139)
JAMES A. HUGHES (SBN 88380)
SULLWOLD & HUGHES
235 Montgomery Street, Suite 730
San Francisco, CA  94104
(415) 263-1850
(415) 989-9798 FAX

Attorneys for Defendant
WALTER B. HERBERT
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIEWPOINT AT THE RIDGE OWNERS ASSOCIATION, a California nonprofit corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WALTER B. HERBERT,<br><br>　　　　　　　　Defendant. | Case No.:  C 10-03414 PJH<br><br>STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING MEDIATION DEADLINE |

　　　　Plaintiff Viewpoint at the Ridge Homeowners Association ("VATR") and Defendant Walter B. Herbert ("Herbert"), through their respective undersigned counsel, stipulate to an extension of the current mediation deadline.  The stipulation is based on the following:

　　　　1.　The current Case Management and Pretrial Order sets a deadline of April 30, 2011 fore completion of mediation.

　　　　2.　Since that order was entered, Defendant Walter B. Herbert filed a Third Party Complaint that added four new parties as third-party defendants:  Jean Bates & Associates, Adrian Barrow, Jane Van Epps, and Toni Wilson.  Jean Bates & Associates was served on March 21, 2011;

1

1 | Adrian Barrow was served on March 28, 2011; and Jane Van Epps was served on March 29, 2011. To
2 | date Herbert has been unable to locate Toni Wilson and is currently pursuing an investigation to find her
3 | and complete service. None of the third-party defendants has yet responded to the Third-Party
4 | Complaint.

5 |     3. In addition to the third-party defendants, Herbert has been provided insurance policies
6 | that may provide coverage for some portion of the claims in this action, either for him or, possibly, the
7 | third-party defendants. Herbert has provided notice of the claims in this action to those insurers, as has
8 | Plaintiff Viewpoint at the Ridge Owners Association ("VATR"). The response of the insurers has not
9 | yet been received.

10 |     4. Herbert and VATR agree that mediation would be premature until all parties are in
11 | the case and it is confirmed whether any insurance company would participate. Herbert and VATR
12 | participated in a telephone conference with the assigned mediator, Arthur D. Levy, and the mediator
13 | agreed that any mediation should include all interested parties to maximize the possibility of success.

14 |     IT IS SO STIPULATED.

15 | DATED: April 18, 2011

ROBERT T. SULLWOLD
JAMES A. HUGHES
SULLWOLD & HUGHES

/S/ James A. Hughes
By: James A. Hughes
Attorneys for
Walter B. Herbert

21 | DATED: April 18, 2011

AUNE & ASSOCIATES

By: Robert E. Aune, Attorneys for
Plaintiff Viewpoint At the Ridge Owners
Association

26 | *Filer's Attestation:* Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the
27 | signatories' concurrence in the filing of this document has been obtained.

28 |

## **ORDER**

IT IS SO ORDERED. Mediation to be completed by June 30, 2011.

DATED: April 26, 2011



_____
HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT JUDGE