Rolando Pasquali
Attorney at Law, SBN #106836
1220 Howard Avenue, Suite 250
Burlingame, California 94010
(650)579-0100

Attorney for: Third-Party Defendant Dolores Kessler

UNITED STATES DISTRICT COURT

NORTHER DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIEWPOINT AT THE RIDGE OWNERS ASSOCIATION, a California nonprofit corp.<br><br>Plaintiff,<br><br>vs.<br><br>WALTER B. HERBERT,<br><br>Defendant, | No: C 10-03414 PJH<br><br>Stipulation and Order (~~Proposed~~) Extending Third-Party Defendant Dolores Kessler's Time to Respond to Third-Party Complaint |
| WALTER B. HERBERT,<br><br>Third-Party Plaintiff<br><br>vs.<br><br>ADRIAN BARROW, JANE VAN EPPS, TONI WILSON, and<br>Third-Party Defendants, | |
| JEAN BATES & ASSOCIATES,<br><br>Third-Party Cross-Complainant<br><br>vs.<br><br>VIEWPOINT AT THE RIDGE OWNERS ASSOCIATION, WALTER HERBERT, ADRIAN BARROW, JANE VAN EPPS, TONI WILSON, and DOLORES KESSLER,<br><br>Third-Party Cross-Defendants, | |

Stipulation & Order Re: Dolores Kessler's Time to Respond to Third Party Complaint     1

```
 1 | JANE VAN EPPS,                      )
   |                                     )
 2 |         Third-Party Plaintiff       )
   |                                     )
 3 |              vs.                    )
   |                                     )
 4 | DOLORES KESSLER,                    )
   |                                     )
 5 |         Third-Party Defendant.      )
   | _____)
```

6

7   It is stipulated, by and between the parties, by and through their respective counsel, that

8   Third-Party Defendant Dolores Kessler's shall have until June 10, 2011 to answer or otherwise

9   respond to the Third-Party Complaint of Third-Party Plaintiff Jane Van Epps.

10  Dated: May 23, 2011

11  _____
    Amanda Riddle, Law Offices of Corey, Luzaich, Pliska, De Ghetaldi & Nastari
12  On behalf of Third-Party Plaintiff Jane Van Epps

13  Dated May 20, 2011

14  _____
    Rolando Pasquali, Attorney of behalf Third-Party Defendant Dolores Kessler

15  SO ORDERED:

16  Dated: May 25, 2011

17  Phyllis J. Hamilton

    IT IS SO ORDERED
    Judge Phyllis J. Hamilton
    UNITED STATES DISTRICT COURT
    NORTHERN DISTRICT OF CALIFORNIA