UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VIEWPOINT AT THE RIDGE OWNERS ASSOCIATION, a California nonprofit corporation,

         Plaintiff,

  v.

WALTER B. HERBERT,

         Defendant.

Case No.: C 10-03414 PJH

[~~PROPOSED~~] ORDER MODIFYING PRETRIAL SCHEDULE
AS MODIFED BY THE COURT

GOOD CAUSE APPEARING,

IT IS ORDERED that the Pretrial Schedule in this matter be modified as follows:

TRIAL DATE (Jury Trial): Monday, **September 24, 2012**, at 8:30 a.m.

TRIAL LENGTH: No more than **12** days.

PRETRIAL CONFERENCE DATE: **August ~~16~~ 23, 2012**, at 2:00 p.m.

DISPOSITIVE MOTIONS (Only one summary judgment motion per party is permitted without leave of court) TO BE HEARD BY: **May ~~25~~ 23, 2012**.

NON-EXPERT DISCOVERY CUTOFF: **March 30, 2012**.

DISCLOSURE OF EXPERTS (retained and non-retained): **March 16, 2012**.

EXPERT DISCOVERY CUTOFF: **April 27, 2012**.

MEDIATION: Commence by **September 30, 2011.**

All other terms of the Case Management and Pretrial Order remain unchanged.

DATED: 6/29/11

IT IS SO ORDERED
_____
UNITED STATES DISTRICT JUDGE
Judge Phyllis J. Hamilton

ORDER MODIFYING PRETRIAL SCHEDULE      C 10-03414 PJH