AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## Northern District of California

Viewpoint at the Ridge Owners Association

                          Plaintiff (s),

V.

Walter P. Herbert, et al.

                       Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C 10-03414 PJH

Notice is hereby given that, subject to approval by the court, Jane Van Epps substitutes
(Party (s) Name)

Tad Devlin, State Bar No. 190355 as counsel of record in
(Name of New Attorney)

place of Amanda L. Riddle.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Gordon & Rees LLP |
| Address: | 275 Battery Street, Suite 2000, San Francisco, CA 94111 |
| Telephone: | (415) 986-5900        Facsimile (415) 986-8054 |
| E-Mail (Optional): | tdevlin@gordonrees.com |

I consent to the above substitution.

Date: September 14, 2011

                                       (Signature of Party (s))
Jane Van Epps

I consent to being substituted.

Date: September 8, 2011

                                       (Signature of Former Attorney (s))
Amanda L. Riddle

I consent to the above substitution.
Date: September 7th, 2011

                                       (Signature of New Attorney)
Tad Devlin

The substitution of attorney is hereby approved and so ORDERED.

Date: 9/20/11

*IT IS SO ORDERED*
Judge Phyllis J. Hamilton

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

//10634842v.1