AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

### Northern District of California

Viewpoint at the Ridge Owners Association

       Plaintiff (s),

V.

Walter P. Herbert, et al.

       Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C 10-03414 PJH

Notice is hereby given that, subject to approval by the court, __Adrian Barrow__ substitutes
               (Party (s) Name)

__Tad Devlin__, State Bar No. __190355__ as counsel of record in
(Name of New Attorney)

place of __Barbara Duval Jewell__.
   (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

  Firm Name:    Gordon & Rees LLP
  Address:     275 Battery Street, Suite 2000, San Francisco, CA 94111
  Telephone:    (415) 986-5900     Facsimile (415) 986-8054
  E-Mail (Optional):  tdevlin@gordonrees.com

I consent to the above substitution.

Date:   September 9, 2011

               _/s/ Adrian F. Barrow_
               (Signature of Party (s))
               Adrian Barrow

I consent to being substituted.

Date:   September 9, 2011

               _/s/ Barbara Jewell_
               (Signature of Former Attorney (s))
               Barbara Duval Jewell

I consent to the above substitution.
Date:   September 7th, 2011

               _/s/ Tad Devlin_
               (Signature of New Attorney)
               Tad Devlin

The substitution of attorney is hereby approved and so ORDERED.

Date:   9/20/11

                     Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

#10634825v.1