AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

### Northern District of California

Viewpoint at the Ridge Owners Association

                  Plaintiff (s),

V.

Walter P. Herbert, et al.

                  Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C 10-03414 PJH

Notice is hereby given that, subject to approval by the court, __Adrian Barrow__ substitutes
                                        (Party (s) Name)

__Tad Devlin__, State Bar No. __190355__ as counsel of record in
(Name of New Attorney)

place of __Barbara Duval Jewell__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:         Gordon & Rees LLP
    Address:           275 Battery Street, Suite 2000, San Francisco, CA 94111
    Telephone:       (415) 986-5900              Facsimile (415) 986-8054
    E-Mail (Optional):  tdevlin@gordonrees.com

I consent to the above substitution.

Date:   September 9, 2011                             (Signature of Party (s))
                                                                    Adrian Barrow

I consent to being substituted.

Date:   September 9, 2011                             (Signature of Former Attorney (s))
                                                                        Barbara Duval Jewell

I consent to the above substitution.
Date:   September 7th, 2011                        (Signature of New Attorney)
                                                            Tad Devlin

The substitution of attorney is hereby approved and so ORDERED.

Date:   9/20/11                                                             Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

#10634825v.1