UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VIEWPOINT AT THE RIDGE OWNERS ASSOCIATION,

    Plaintiff(s),

    v.

WALTER B HERBERT,

    Defendant(s).

_____/

No. C 10-3414 PJH

**ORDER SETTING FURTHER CASE MANAGEMENT CONFERENCE AND RESCHEDULING HEARING**

Before the court is a request of two of the parties for an order assigning this case to a magistrate judge to conduct a further case management conference to address scheduling and discovery issues. The court will refer discovery disputes to a magistrate judge, but scheduling issues are within the discretion of the trial judge. A pretrial schedule was entered on December 16, 2010 and modified at the parties request on June 29, 2011. The court expects the parties to determine the schedule for discovery events necessary to meet the previously set pretrial deadlines. To that end, all parties shall meet and confer to determine whether the current schedule can be met given the entry into the case of several new parties. A stipulation as to new dates shall be submitted. If the trial date will need to be moved, the parties are advised that the court is setting trials in April - May 2013. If a stipulation cannot be reached by November 1, 2011, all parties shall appear for further case management conference on **November 17, 2011, at 2:00 p.m.** A joint case management conference statement shall be filed setting forth the various proposals no later than November 10, 2011.

Additionally, the hearing on plaintiff's motion for leave to file an amended complaint is rescheduled from **October 12, 2011 to December 14, 2011, at 9:00** a.m. due to the press of other business.

**IT IS SO ORDERED.**

Dated: September 30, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge