1

2

3

4

5                        UNITED STATES DISTRICT COURT

6                       NORTHERN DISTRICT OF CALIFORNIA

7

8    VIEWPOINT AT THE RIDGE
9    OWNERS  ASSOCIATION,

10          Plaintiff(s),                No. C 10-3414 PJH

11     v.                                **ORDER SETTING FURTHER CASE
                                          MANAGEMENT CONFERENCE
12   WALTER B HERBERT,                    AND RESCHEDULING HEARING**

13          Defendant(s).
     _____/

14

15          Before the court is a request of two of the parties for an order assigning this case to

16   a magistrate judge to conduct a further case management conference to address

17   scheduling and discovery issues.  The court will refer discovery disputes to a magistrate

18   judge, but scheduling issues are within the discretion of the trial judge.  A pretrial schedule

19   was entered on December 16, 2010 and modified at the parties request on June 29, 2011.

20   The court expects the parties to determine the schedule for discovery events necessary to

21   meet the previously set pretrial deadlines.  To that end, all parties shall meet and confer to

22   determine whether the current schedule can be met given the entry into the case of several

23   new parties.  A stipulation as to new dates shall be submitted.  If the trial date will need to

24   be moved, the parties are advised that the court is setting trials in April - May 2013.  If a

25   stipulation cannot be reached by November 1, 2011, all parties shall appear for further case

26   management conference on **November 17, 2011, at 2:00 p.m.**  A joint case management

27   conference statement shall be filed setting forth the various proposals no later than

28   November 10, 2011.

United States District Court

For the Northern District of California

1      Additionally, the hearing on plaintiff's motion for leave to file an amended complaint

2  is rescheduled from **October 12, 2011 to December 14, 2011, at 9:00** a.m. due to the

3  press of other business.

4      **IT IS SO ORDERED.**

5  Dated: September 30, 2011

6  _____
   PHYLLIS J. HAMILTON
7  United States District Judge

**United States District Court**

For the Northern District of California

2