# UNITED STATES DISTRICT COURT

Northern District of California

Viewpoint at the Ridge Owners Association

Plaintiff(s),

V.

Walter B. Herbert

Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C 10-03414 PJH

Notice is hereby given that, subject to approval by the court, __Dolores Kessler__ (Party(s) Name) substitutes __Rolando Pasquali__ (Name of New Attorney), State Bar No. __106836__ as counsel of record in place of __Dolores Kessler, PRO SE__ (Name of Attorney(s) Withdrawing Appearance).

Contact information for new counsel is as follows:

Firm Name: Rolando Pasquali, Attorney at Law
Address: 1220 Howard Avenue, Suite 250   Burlingame, California 94010
Telephone: (650) 579-0100    Facsimile: (650) 579-0102
E-Mail (Optional): lawyer@netwiz.net

I consent to the above substitution.
Date: 10/3/11

_Dolores Kessler_ (Signature of Party(s))

I consent to being substituted.
Date: 10/3/11

_Dolores Kessler_ (Signature of Former Attorney(s))
Dolores Kessler, PRO SE

I consent to the above substitution.
Date: October 11, 2011

Rolando Pasquali
Digitally signed by Rolando Pasquali
DN: cn=Rolando Pasquali, o, ou, email=lawyer@netwiz.net, c=US
Date: 2011.10.11 14:47:05 -07'00'

(Signature of New Attorney)
Rolando Pasquali

The substitution of attorney is hereby approved and so ORDERED.
Date: 10/25/11

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]