ROBERT E. AUNE #60477
AUNE & ASSOCIATES
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
Telephone: (415) 433-6400
Facsimile: (415) 651-9825

BRANDEN E. BICKEL #50125
Bickel & Associates
6114 La Salle Avenue, Suite 510
Oakland, CA 94611
Telephone: (510) 595-8200
Facsimile: (510) 595-8600

Attorneys for Plaintiff
Viewpoint at the Ridge Owners Association

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIEWPOINT AT THE RIDGE OWNERS ASSOCIATION, a California nonprofit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WALTER B. HERBERT, aka WALTER B. HERBERT JR., aka WALTER B. GAUTHIER, aka WALTER B. POLEWARCZYK JR., and DOE 1 through DOE 50, inclusive,<br><br>Defendant.<br><br>AND RELATED CROSS ACTIONS. | Case No.: C 10-03414 PJH<br><br>(Prior to removal, San Mateo Superior Court Action No. CIV495405)<br><br>**STIPULATION MODIFYING PRETRIAL SCHEDULE** AND ORDER<br><br>Judge: The Hon. Phyllis J. Hamilton<br><br>Trial Date: September 24, 2012 |

    IT IS HEREBY STIPULATED AND REQUESTED by the parties hereto, through their undersigned counsel, that the current Pretrial Schedule be modified as follows:

- 1 -
Stipulation Modifying Pretrial Schedule

| | |
|---|---|
| NON-EXPERT DISCOVERY CUT-OFF: | April 30, 2012 |
| DISCLOSURE OF EXPERTS: | May 18, 2012 |
| EXPERT DISCOVERY CUTOFF: | June 29, 2012 |
| MEDIATION: | Complete by July 16, 2012 |

The TRIAL DATE of September 24, 2012, the date for DISPOSITIVE MOTIONS, which is May 23, 2012, and the PRETRIAL CONFERENCE DATE of August 23, 2012 shall remain unchanged.

IT IS SO STIPULATED.

DATED: November __, 2011                AUNE & ASSOCIATES


                                        _____
                                        By: Robert E. Aune, Attorneys for
                                        Viewpoint At the Ridge Owners
                                        Association


DATED: November 8, 2011                 ROBERT T. SULLWOLD
                                        JAMES A. HUGHES
                                        SULLWOLD & HUGHES

                                        _____
                                        By: James A. Hughes
                                        Attorneys for Walter B. Herbert


DATED: November ___, 2011               GORDON & REES, LLP



                                        _____
                                        By: Tad A. Devlin, Attorneys for
                                        Adrian Barrow and Jane Van Epps

- 2 -

Stipulation Modifying Pretrial Schedule

NON-EXPERT DISCOVERY CUT-OFF:     April 30, 2012

DISCLOSURE OF EXPERTS:            May 18, 2012

EXPERT DISCOVERY CUTOFF:          June 29, 2012

MEDIATION:                        Complete by July 16, 2012

The TRIAL DATE of September 24, 2012, the date for DISPOSITIVE MOTIONS, which is May 23, 2012, and the PRETRIAL CONFERENCE DATE of August 23, 2012 shall remain unchanged.

IT IS SO STIPULATED.

DATED: November 9, 2011

AUNE & ASSOCIATES

By: Robert E. Aune, Attorneys for
Viewpoint At the Ridge Owners
Association

DATED: November __, 2011

ROBERT T. SULLWOLD
JAMES A. HUGHES
SULLWOLD & HUGHES

By: James A. Hughes
Attorneys for Walter B. Herbert

DATED: November 9, 2011

GORDON & REES, LLP

By: Tad A. Devlin, Attorneys for
Adrian Barrow and Jane Van Epps

- 2 -

Stipulation Modifying Pretrial Schedule

DATED: November 7, 2011

CLAPP, MORONEY, BELLAGAMBA,
VUCINICH, BEEMAN AND SCHELEY

By: Jeffrey M. Vucinich, Attorneys for
Jean Bates & Associates

DATED: November __, 2011

By: Rolando W. Pasquali, Attorney for
Dolores O. Kessler

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.*

- 3 -

Stipulation Modifying Pretrial Schedule

DATED: November 7, 2011

CLAPP, MORONEY, BELLAGAMBA, VUCINICH, BEEMAN AND SCHELEY

By: Jeffrey M. Vucinich, Attorneys for Jean Bates & Associates

DATED: November 10, 2011

By: Rolando W. Pasquali, Attorney for Dolores O. Kessler

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.*

THE NOVEMBER 17, 2011 CASE MANAGEMENT CONFERENCE IS VACATED.

11/14/11

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

-3-

Stipulation Modifying Pretrial Schedule