ROBERT E. AUNE #60477
AUNE & ASSOCIATES
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
Telephone: (415) 433-6400
Facsimile: (415) 651-9825

BRANDEN E. BICKEL #50125
Bickel & Associates
6114 La Salle Avenue, Suite 510
Oakland, CA 94611
Telephone: (510) 595-8200
Facsimile: (510) 595-8600

Attorneys for Plaintiff
Viewpoint at the Ridge Owners Association

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIEWPOINT AT THE RIDGE OWNERS ASSOCIATION, a California nonprofit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WALTER B. HERBERT, aka WALTER B. HERBERT JR., aka WALTER B. GAUTHIER, aka WALTER B. POLEWARCZYK JR., and DOE 1 through DOE 50, inclusive,<br><br>Defendant.<br><br>AND RELATED CROSS ACTIONS. | Case No.: C 10-03414 PJH<br><br>(Prior to removal, San Mateo Superior Court Action No. CIV495405)<br><br>**STIPULATED REQUEST AND ORDER FOR REMAND OF THE ACTION TO THE SAN MATEO COUNTY SUPERIOR COURT**<br><br>Judge: The Hon. Phyllis J. Hamilton<br><br>Trial Date: September 24, 2012 |

Pursuant to the ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT, signed and filed in this matter by the Hon. Phyllis J. Hamilton on December 8, 2011, IT IS HEREBY

- 1 -
Stipulated Request For Remand of the Action to San Mateo County Superior Court

- 2 -

STIPULATED AND REQUESTED by the parties hereto, through their undersigned counsel, that this action be remanded to the San Mateo County Superior Court.

IT IS SO STIPULATED.

DATED: December 13, 2011      AUNE & ASSOCIATES

_____
By: Robert E. Aune, Attorneys for
Viewpoint At the Ridge Owners
Association

DATED: December __, 2011      ROBERT T. SULLWOLD
JAMES A. HUGHES
SULLWOLD & HUGHES

_____
By: James A. Hughes
Attorneys for Walter B. Herbert

DATED: December __, 2011      GORDON & REES, LLP

_____
By: Tad A. Devlin, Attorneys for
Adrian Barrow and Jane Van Epps

DATED: December __, 2011      CLAPP, MORONEY, BELLAGAMBA,
VUCINICH, BEEMAN AND SCHELEY

_____
By: Jeffrey M. Vucinich, Attorneys for
Jean Bates & Associates

STIPULATED AND REQUESTED by the parties hereto, through their undersigned counsel, that this action be remanded to the San Mateo County Superior Court.

IT IS SO STIPULATED.

DATED: December ___, 2011                    AUNE & ASSOCIATES

                                             _____
                                             By: Robert E. Aune, Attorneys for
                                             Viewpoint At the Ridge Owners
                                             Association

DATED: December 16, 2011                     ROBERT T. SULLWOLD
                                             JAMES A. HUGHES
                                             SULLWOLD & HUGHES

                                             _____
                                             By: James A. Hughes
                                             Attorneys for Walter B. Herbert

DATED: December ___, 2011                    GORDON & REES, LLP

                                             _____
                                             By: Tad A. Devlin, Attorneys for
                                             Adrian Barrow and Jane Van Epps

DATED: December ___, 2011                    CLAPP, MORONEY, BELLAGAMBA,
                                             VUCINICH, BEEMAN AND SCHELEY

                                             _____
                                             By: Jeffrey M. Vucinich, Attorneys for
                                             Jean Bates & Associates

- 2 -
Stipulated Request For Remand of the Action to San Mateo County Superior Court

STIPULATED AND REQUESTED by the parties hereto, through their undersigned counsel, that this action be remanded to the San Mateo County Superior Court.

IT IS SO STIPULATED.

DATED: December __, 2011                    AUNE & ASSOCIATES


_____
By: Robert E. Aune, Attorneys for
Viewpoint At the Ridge Owners
Association


DATED: December __, 2011                    ROBERT T. SULLWOLD
                                            JAMES A. HUGHES
                                            SULLWOLD & HUGHES


_____
By: James A. Hughes
Attorneys for Walter B. Herbert


DATED: December 15, 2011                    GORDON & REES, LLP

_____
By: Tad A. Devlin, Attorneys for
Adrian Barrow and Jane Van Epps


DATED: December __, 2011                    CLAPP, MORONEY, BELLAGAMBA,
                                            VUCINICH, BEEMAN AND SCHELEY


_____
By: Jeffrey M. Vucinich, Attorneys for
Jean Bates & Associates

- 2 -
Stipulated Request For Remand of the Action to San Mateo County Superior Court

STIPULATED AND REQUESTED by the parties hereto, through their undersigned counsel, that this action be remanded to the San Mateo County Superior Court.

IT IS SO STIPULATED.

DATED: December __, 2011          AUNE & ASSOCIATES


_____
By: Robert E. Aune, Attorneys for
Viewpoint At the Ridge Owners
Association


DATED: December __, 2011          ROBERT T. SULLWOLD
                                  JAMES A. HUGHES
                                  SULLWOLD & HUGHES


_____
By: James A. Hughes
Attorneys for Walter B. Herbert


DATED: December ___, 2011         GORDON & REES, LLP


_____
By: Tad A. Devlin, Attorneys for
Adrian Barrow and Jane Van Epps


DATED: December 1/, 2011          CLAPP, MORONEY, BELLAGAMBA,
                                  VUCINICH, BEEMAN AND SCHELEY

_____
By: Jeffrey M. Vucinich, Attorneys for
Jean Bates & Associates

-2-
_____
Stipulated Request For Remand of the Action to San Mateo County Superior Court

By: Jeffrey M. Vucinich, Attorneys for<br>Jean Bates & Associates

DATED: December 15, 2011

_____
By: Rolando W. Pasquali, Attorney for
Dolores O. Kessler

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.*

IT IS SO ORDERED

DATED: December 20, 2011



_____
PHYLLIS J. HAMILTON
United States District Judge

---

- 3 -
Stipulated Request For Remand of the Action to San Mateo County Superior Court