ROBERT E. AUNE #60477
AUNE & ASSOCIATES
One Maritime Plaza, Suite 1600
San Francisco, CA 94111
Telephone: (415) 433-6400
Facsimile: (415) 651-9825

BRANDEN E. BICKEL #50125
Bickel & Associates
6114 La Salle Avenue, Suite 510
Oakland, CA 94611
Telephone: (510) 595-8200
Facsimile: (510) 595-8600

Attorneys for Plaintiff
Viewpoint at the Ridge Owners Association

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIEWPOINT AT THE RIDGE OWNERS ASSOCIATION, a California nonprofit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WALTER B. HERBERT, aka WALTER B. HERBERT JR., aka WALTER B. GAUTHIER, aka WALTER B. POLEWARCZYK JR., and DOE 1 through DOE 50, inclusive,<br><br>Defendant.<br><br>AND RELATED CROSS ACTIONS. | Case No.: C 10-03414 PJH<br><br>(Prior to removal, San Mateo Superior Court Action No. CIV495405)<br><br>**STIPULATED REQUEST AND ORDER FOR REMAND OF THE ACTION TO THE SAN MATEO COUNTY SUPERIOR COURT**<br><br>Judge: The Hon. Phyllis J. Hamilton<br><br>Trial Date: September 24, 2012 |

Pursuant to the ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT, signed and filed in this matter by the Hon. Phyllis J. Hamilton on December 8, 2011, IT IS HEREBY

- 1 -
Stipulated Request For Remand of the Action to San Mateo County Superior Court

STIPULATED AND REQUESTED by the parties hereto, through their undersigned counsel, that this action be remanded to the San Mateo County Superior Court.

IT IS SO STIPULATED.

DATED: December 13, 2011

AUNE & ASSOCIATES

By: Robert E. Aune, Attorneys for
Viewpoint At the Ridge Owners
Association

DATED: December __, 2011

ROBERT T. SULLWOLD
JAMES A. HUGHES
SULLWOLD & HUGHES

By: James A. Hughes
Attorneys for Walter B. Herbert

DATED: December __, 2011

GORDON & REES, LLP

By: Tad A. Devlin, Attorneys for
Adrian Barrow and Jane Van Epps

DATED: December __, 2011

CLAPP, MORONEY, BELLAGAMBA,
VUCINICH, BEEMAN AND SCHELEY

By: Jeffrey M. Vucinich, Attorneys for
Jean Bates & Associates

1  STIPULATED AND REQUESTED by the parties hereto, through their undersigned counsel, that this
2  action be remanded to the San Mateo County Superior Court.
3
4
             IT IS SO STIPULATED.
5
6  DATED: December __, 2011                        AUNE & ASSOCIATES
7
8                                                  _____
9                                                  By: Robert E. Aune, Attorneys for
                                                   Viewpoint At the Ridge Owners
10                                                 Association
11
12 DATED: December 16, 2011                        ROBERT T. SULLWOLD
                                                   JAMES A. HUGHES
13                                                 SULLWOLD & HUGHES
14
15                                                 _____
                                                   By: James A. Hughes
16                                                 Attorneys for Walter B. Herbert
17
18 DATED: December ___, 2011                       GORDON & REES, LLP
19
20                                                 _____
                                                   By: Tad A. Devlin, Attorneys for
21                                                 Adrian Barrow and Jane Van Epps
22
23
24 DATED: December __, 2011                        CLAPP, MORONEY, BELLAGAMBA,
                                                   VUCINICH, BEEMAN AND SCHELEY
25
26
27                                                 _____
                                                   By: Jeffrey M. Vucinich, Attorneys for
28                                                 Jean Bates & Associates

STIPULATED AND REQUESTED by the parties hereto, through their undersigned counsel, that this action be remanded to the San Mateo County Superior Court.

IT IS SO STIPULATED.

DATED: December __, 2011                              AUNE & ASSOCIATES


                                                     _____
                                                     By: Robert E. Aune, Attorneys for
                                                     Viewpoint At the Ridge Owners
                                                     Association


DATED: December __, 2011                              ROBERT T. SULLWOLD
                                                     JAMES A. HUGHES
                                                     SULLWOLD & HUGHES


                                                     _____
                                                     By: James A. Hughes
                                                     Attorneys for Walter B. Herbert


DATED: December 15, 2011                              GORDON & REES, LLP


                                                     _____
                                                     By: Tad A. Devlin, Attorneys for
                                                     Adrian Barrow and Jane Van Epps


DATED: December __, 2011                              CLAPP, MORONEY, BELLAGAMBA,
                                                     VUCINICH, BEEMAN AND SCHELEY


                                                     _____
                                                     By: Jeffrey M. Vucinich, Attorneys for
                                                     Jean Bates & Associates

1  STIPULATED AND REQUESTED by the parties hereto, through their undersigned counsel, that this
2  action be remanded to the San Mateo County Superior Court.
3
4
             IT IS SO STIPULATED.
5
6  DATED: December __, 2011                     AUNE & ASSOCIATES
7
8
9                                                      By: Robert E. Aune, Attorneys for
10                                                     Viewpoint At the Ridge Owners Association
11
12 DATED: December __, 2011                     ROBERT T. SULLWOLD
                                                       JAMES A. HUGHES
13                                                     SULLWOLD & HUGHES
14
15
16                                                     By: James A. Hughes
                                                       Attorneys for Walter B. Herbert
17
18 DATED: December ___, 2011                    GORDON & REES, LLP
19
20
21                                                     By: Tad A. Devlin, Attorneys for
                                                       Adrian Barrow and Jane Van Epps
22
23
24 DATED: December 1_, 2011                     CLAPP, MORONEY, BELLAGAMBA,
                                                       VUCINICH, BEEMAN AND SCHELEY
25
26
27                                                     By: Jeffrey M. Vucinich, Attorneys for
28                                                     Jean Bates & Associates

By: Jeffrey M. Vucinich, Attorneys for
Jean Bates & Associates

DATED: December 15, 2011

By: Rolando W. Pasquali, Attorney for
Dolores O. Kessler

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B), the filer hereby attests that the signatories' concurrence in the filing of this document has been obtained.*

IT IS SO ORDERED

DATED: December 20, 2011



P_____ J. HAMILTON
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

---

- 3 -

Stipulated Request For Remand of the Action to San Mateo County Superior Court